Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RUSSELL R. MONLUX,<br><br>  Defendant. | No.   1:17-cr-00305-RAJ<br><br>ORDER DENYING MOTION<br>TO WITHDRAW AS COUNSEL |

THIS MATTER came before the Court upon the motion of counsel Gary G. Singh for leave to withdraw as counsel of record for Defendant Russell R. Monlux.

Having considered the motion, and having heard from the parties at hearing conducted on February 20, 2024, for the reasons set forth orally on the record,

IT IS NOW ORDERED that the Motion to Withdraw (Dkt. 160) is DENIED pending the completion of the psychological evaluation ordered on this date and a determination by the Court as to Defendant's competency.

DATED this 20th day of February, 2024.

HON. RICHARD A. JONES
United States District Judge

ORDER - 1